```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ZACHARY CUNHA,                                       :
                            Plaintiff,            :
                                        :
           -against-                                          :
                                        :          21-CV-8970 (VEC)
                                        :
JP MORGAN CHASE BANK, N.A. D/B/A     :                ORDER
CHASE AUTO FINANCE and VROOM, INC., :
                                        :
                          Defendants.         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Plaintiff filed this lawsuit on November 2, 2021, *see* Dkt. 4;

       WHEREAS Defendant JP Morgan Chase Bank, N.A. was served on November 3, 2021, such that its answer was due by November 24, 2021, *see* Dkt. 9;

       WHEREAS to date, Defendant JP Morgan Chase Bank, N.A. has failed to appear, answer, or otherwise respond to the Complaint, *see* Fed. R. Civ. P. 12(a)(1);

       IT IS ORDERED that Plaintiff must apply for a default judgment against Defendant JP Morgan Chase Bank, N.A., consistent with the procedures described in Attachment A to the undersigned's Individual Practices by **December 13, 2021**, or the case will be dismissed for failure to prosecute.

**SO ORDERED.**

Date: **November 29, 2021**                       _____
        **New York, NY**                                 **VALERIE CAPRONI**
                                                                    **United States District Judge**