# FAGENSON & PUGLISI, PLLC
## ATTORNEYS AT LAW

450 SEVENTH AVENUE · SUITE 704
NEW YORK, NEW YORK 10123
TEL: (212) 268-2128
FAX: (212) 268-2127

LAWRENCE M. FAGENSON
CONCETTA PUGLISI
NOVLETTE R. KIDD

LINDA V. RAMPERTAB

OF COUNSEL
STEVEN CANDELA
SCOTT G. CERBIN

January 4, 2022

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2022

The Honorable Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

BY ECF

**Re: Cunha v. JPMorgan Chase Bank, N.A., et al., Case No.:21-cv-08970-VEC**

Dear Judge Caproni,

This office represents plaintiff in the captioned civil matter. Plaintiff writes respectfully to request a stay of the briefing schedule with respect to defendants' motion to compel arbitration or to dismiss, pending the outcome of mediation. (Doc. No. 17.)

Today, this Court referred the case to immediate participation in the District's mediation program. (Doc. No. 24.) Currently, plaintiff's opposition to the motion is due on January 6, 2022. In order to avoid expending potentially unnecessary time on motion practice in light of the upcoming mediation which may result in settlement, we ask that the briefing schedule be stayed pending the outcome of the mediation. The undersigned has been in contact with defense counsel who informed that Chase Bank consents to the stay and Vroom has not yet responded.

We thank the Court for your kind consideration of the foregoing.

Respectfully Submitted,
FAGENSON & PUGLISI, PLLC

By: /s/ Novlette R. Kidd
    NOVLETTE R. KIDD, ESQ.

> Application GRANTED. Briefing on Defendants' motion to compel arbitration or to dismiss is STAYED pending the outcome of mediation. The parties must inform the Court within one week of the conclusion of mediation whether they have reached a settlement and, if not, provide the Court with a proposed briefing schedule for Defendants' motion.

SO ORDERED.

*[signature: Valerie Caproni]*   1/4/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE